IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRIDAY JAMES, d/b/a | : | |
| FRIKA TAX SERVICES | : | NO.  11-913 |

### O R D E R

      **AND NOW, TO WIT:** this 2nd day of June, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      It is Further **ORDERED** that the Initial Pretrial Conference scheduled for June 2, 2011 at 11:30 a.m. before the Hon. Gene E.K. Pratter has been **CANCELLED.**

      **MICHAEL E. KUNZ**, Clerk of Court

      S/Rose A. Barber
      Rose A. Barber
      Deputy Clerk

Copies forwarded by ECF to:
Michael Richard Pahl
Mark C. Milton
Gilbert J. Scutti